09 September 2015

Court of Criminal Appeals of Texas
Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas 78711

32,505-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

RE: "Question To Clerk; Ex Parte Stephen E. Davis: 32,505-04
TR. CT. NO. 23,477-A

Dear Mr. Acosta:

Greetings, Sir. As I am the above-mentioned Applicant in said Habeas Corpus proceeding currently in the Court of Criminal Appeals since 7/20/2015, I have an extremely important matter I must bring to your attention and ask that you inform the Court and/or respond to this, if you will, Sir.

On August 27, 2015 I recieved from the Polk County District Clerk's office a complete copy of every motion, every pleading and filing in the "Supplemental Clerk's Record #4" listing every filing in chronological sequence, to date and signed by Deputy Clerk, Katey Nelson.

However, while inspecting my copy of the total record, I became aware that I, as Applicant, was never afforded my copy of the "State's Proposed Order Designating Issue" signed into effect by Judge Kaycee L. Jones on 6-23-2015, and subsequently filed with Polk Co. District Clerk's office that same day @ 5:01 pm by Deputy Clerk, K. Nelson.

Mr. Acosta, subsequently, I've never recieved any copy(s) of orders, of affadavits, etc., nor a copy of the Judges findings of fact. This could greatly harm me; as I would've responded to Judge Jones' order "Designating the issue whether Defendant recieved effective assistance of Counsel" by filing a motion requesting an evidentiary hearing; however, for whatever reason, I was never afforded notice that the Judge had adopted the "State's Proposed Order on Designating the issue" ... will you please bring this to the Court's attention and let me know if I can have out-of-time leave to file request for an evidentiary hearing due to the trial Court's clerical inadvertance?

I anxiously await your response, Mr. Acosta, Thank you.

Your Humble Servant,

Stephen E. Davis

Stephen E. Davis #1976027
Stringfellow Unit, TDCJ-ID
1200 FM 655
Rosharon, Texas 77583

C.C.: Clerk, Court Crim. Appeals
Polk Co. District Clerk